UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of J.A. PLACEK CONSTRUCTION CO., a California corporation; and J.A. PLACEK CONSTRUCTION CO., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HAL HAYS CONSTRUCTION, INC., a California corporation; WESTERN SURETY COMPANY, a South Dakota corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Defendants. | Case No.: 22-CV-472 JLS (AGS)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>(ECF No. 14) |

Presently before the Court is Plaintiffs United States of America, for the Use and Benefit of J.A. Placek Construction Co., and J.A. Placek Construction Co. (collectively, "Plaintiffs") and Defendants Hal Hays Construction, Inc., Western Surety Company, and American Contractors Indemnity Company's (collectively, "Defendants") Joint Stipulation of Dismissal (ECF No. 14). Good cause appearing, the Court **GRANTS** the Joint

Stipulation of Dismissal.  As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action in its entirety.  The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated:  October 3, 2022

Hon. Janis L. Sammartino
United States District Judge